# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re: The Kerri Wilson Foundation

Case No. 24-10395
Chapter 11

Debtor(s)

## CERTIFICATE OF SERVICE

I, Timothy R. Collins certify that on, April 25, 2024, I served true and correct copies of See attached. on the following parties in the manner specified for each party below:

**Name and Address of Party***

See attached.

**Method of Service**
(If by mail, describe the mode of mailing)

Dated: April 25, 2024

Timothy R. Collins, Esq.

* If a corporation, note name of officer, director or managing agent. See Federal Rules of Bankruptcy Procedure 7003, 7004, 9013 and 9014 and additional rules, as applicable, for service requirements.

Rev. 10/15/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: The Kerri Wilson Foundation

Case No. 24-10395
Chapter 11

Debtor

## CERTIFICATE OF SERVICE
### (ATTACHMENT)

served true and correct copies of:

1.) Official Form 201 - Voluntary Petition for Non-Individuals Filing for Bankruptcy

2.) Official Form 206D - Creditors Who Have Claims Secured by Property

3.) Official Form 206E/F - Creditors Who Have Unsecured Claims

4.) Official Form 206H - Codebtors

5.) Official Form 206SUM - Summary of Assets and Liabilities for Non-Individuals

6.) Official Form 207 - Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

on the following parties in the manner specified for each party below:

| Name and Address of Party | Method of Service |
|---|---|
| Joesph W. Allen, Trustee<br>Office of the U.S. Trustee<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, New York 14202 | First Class Mail |
| Francis O'Scier<br>5501 Camp Road, Suite 444<br>Hamburg, New York 14075 | First Class Mail |
| *Attorney for John Deere:*<br>Jason A. Little, Esq.<br>Farrell Fritz PC<br>19 Dove Street, Suite 202<br>Albany, New York 12310 | First Class Mail |
| *Attorney for the Rochester Home Equity:*<br>John K. McAndrew, Esq.<br>Woods Oviatt & Gilman LLP<br>1900 Bausch and Lomb Place<br>Rochester, New York 14604 | First Class Mail |